NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **WELLS FARGO BANK, N.A.** : | |
| : | |
| **Plaintiff,** : | Civil Action No.: 14-3629 (ES)(JAD) |
| : | |
| v. : | **MEMORANDUM & ORDER** |
| : | |
| **FLOYD E. HARRINGTON** : | |
| : | |
| **Defendant.** : | |

**SALAS, DISTRICT JUDGE**

Pending before the Court is plaintiff Wells Fargo Bank, N.A.'s ("Plaintiff") motion to remand. (D.E. No. 5). On October 17, 2014, Magistrate Judge Joseph A. Dickson issued a Report and Recommendation that the undersigned grant Plaintiff's motion to remand. (D.E. No. 6). The parties had fourteen days to file and serve any objections to Judge Dickson's Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2). To date, neither party has filed any objections.

Having reviewed the parties' submissions and Judge Dickson's Report and Recommendation, and for the reasons stated therein,

**IT IS** on this 5th day of November 2014,

**ORDERED** that this Court adopts Magistrate Judge Dickson's Report and Recommendation, (D.E. No. 6), in full, as the Opinion of this Court; and it is further

**ORDERED** that Plaintiff's motion to remand, (D.E. No. 5), is GRANTED in relevant part; and it is further

**ORDERED** that this matter is hereby REMANDED to Superior Court, Chancery Division, Essex County; and it is further

**ORDERED** that Defendant Floyd E. Harrington may not file any additional removal notices to this Court without express written permission of this Court, obtained in advance, and without payment of the required filing fees, *see HSBC Mortg. Servs., Inc. v. Cunningham*, No. 07-2480, 2007 WL 3005337, at *5 (N.D. Ca. Oct. 12, 2007).

*s/ Esther Salas*
**Esther Salas, U.S.D.J.**